The order below is hereby signed.

Signed: October 22 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Case No. 23-00246-ELG |
| MP PPH LLC, | ) ) | Chapter 11 |
| Debtor. | ) ) ) |  |

**ORDER GRANTING MOTION TO
EXPEDITE HEARING ON DEBTOR'S MOTION TO COMPEL THE
DISTRICT OF COLUMBIA TO PROVIDE DISCOVERY RESPONSES**

MP PPH LLC, the debtor and debtor-in-possession herein (the "Debtor") has requested an expedited hearing on the Debtor's *Motion To Compel The District Of Columbia To Provide Discovery Responses* (the "Motion"), and

It appearing that there is cause for setting an expedited hearing on the Motion, it is therefore:

**ORDERED THAT**:

1. An expedited hearing on the Motion shall be held on October 23, 2023 at 10:00 a.m. The hearing will be held in a hybrid in-person or Zoom for Government format.

1

2. The requirement for written responses to the Motion are waived. Any objections may be made orally at the hearing.

**END OF ORDER**

**WE ASK FOR THIS:**

*/s/ Bradley D. Jones*
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Tracey M. Ohm, No. 982727
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
marc.albert@stinson.com
brad.jones@stinson.com
tracey.ohm@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for*
*MP PPH LLC,*
*Debtor and Debtor-In-Possession*

Copies to: All parties receiving notice via CM/ECF

CORE/3528654.0002/185176333.1

2