The order below is hereby signed.

Signed: October 23 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 23-00246-ELG |
| MP PPH LLC, | Chapter 11 |
| Debtor. | |

### ORDER GRANTING MOTION TO COMPEL

The Court has before it the *Motion to Compel the District of Columbia to Provide Discovery Responses* filed on October 21, 2023 by the above captioned Debtor (the "Motion to Compel") (ECF No. 78). The Motion to Compel asks the Court to compel the District[1] to provide full responses to certain discovery requests in three general categories, as more specifically set forth in the Motion to Compel. *See* Motion to Compel at 1-2. The Court held a hearing (the "Hearing") on the Motion to Compel on October 23, 2023. After the filing of the Motion to Compel, but prior to the Hearing, the District provided some supplemental responses and a privilege log.[2] At the Hearing, the Court issued an oral ruling based on its review of the Motion to Compel and the arguments of counsel for the parties at the Hearing, which is memorialized herein.

---

[1] Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to them in the Motion to Compel.

[2] As discussed at the Hearing, to the extent that the supplemental responses are in accordance with this Order, the requests do not need to be further supplemented.

Therefore, for the reasons stated on the record at the Hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion to Compel (ECF No. 78) is **GRANTED** in part, and **DENIED** in part, as set forth herein.

2. The District shall provide complete responses to Document Requests Nos. 1-2 and Interrogatory No. 1 before 5:00 p.m. Eastern on October 24, 2023.

3. The Debtor shall provide the District with all information and documents which would be responsive to requests for production and an interrogatory from the District mirroring those of the Debtors Document Requests Nos. 1-2 and Interrogatory No. 1, via email, before 5:00 p.m. Eastern on October 24, 2023.

4. The District shall supplement their responses to Interrogatory Nos. 4-15, and 18 on or before 5:00 p.m. Eastern on October 24, 2023 to specify any and all authority and powers that the District relies upon and/or requests in its request for appointment a receiver.

5. Except for any email first originating from a third party, the emails requested in Document Request Nos. 5, 8-11 are protected by the attorney work-product doctrine. The District shall supplement their responses with any email that originated from a third party, as well as redacted copies of any emails that contain a direct statement of fact(s) on or before 5:00 p.m. Eastern on October 24, 2023. Any legal impressions contained therein are not required to be produced and may be redacted.

6. To the extent not set forth herein, the Motion to Compel is denied.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic noticing.