The order below is hereby signed.

Signed: October 30 2023



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

_____
                                          )
In re:                                    )
                                          )        Case No. 23-00246-ELG
MP PPH LLC,                               )        Chapter 11
                                          )
        Debtor.                           )
_____)

### ORDER GRANTING DEBTOR'S MOTION TO AUTHORIZE
### PAYMENT TO MOLD INSPECTION & TESTING AS A CRITICAL VENDOR

Upon consideration of the *Debtor's Motion for an Order Authorizing Debtor to Pay Prepetition Claim of Critical Vendor — Mold Inspection & Testing* (the "Motion") filed by MP PPH LLC, the debtor and debtor in possession herein (the "Debtor"), and good cause being shown, it is, by the United States Bankruptcy Court for the District of Columbia, hereby,

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that the Debtor is authorized to pay the prepetition claim of Mold Inspection & Testing ("MI&T"); it is further

**ORDERED** that the terms of the agreement between MI&T and the Debtor for payment of MI&T's pre-petition and post-petition claims, as set forth in the Motion, are **APPROVED**; it is further

**ORDERED** that the Debtor is authorized to pay all outstanding amounts owed to MI&T for both its pre-petition claim of $25,600.00 plus any other amounts due for work MI&T has performed post-petition; it is further

**ORDERED** that the Debtor is authorized to pay an expense reimbursement to Michael Abreu or any other person who paid funds to MI&T on account of the payment of MI&T's claims as approved in this Order, up to a maximum of $20,800.00; it is further

**ORDERED** that MI&T is required to continue to provide services to the Debtor and is prohibited from refusing to provide services for the period this case remains in chapter 11, up until the confirmation of a chapter 11 plan, unless otherwise ordered by this Court. Nothing in this Order shall prohibit the Debtor in the exercise of its business judgment from using one or more other mold inspection or remediation service providers as the Debtor determines to be appropriate in its business judgment; it is further

**ORDERED** that MI&T will provide invoices to the Debtor on a weekly basis and the Debtor will be required to promptly pay the invoices submitted by MI&T in the ordinary course unless this Court orders otherwise; it is further

**ORDERED** that MI&T is required to timely provide clearance reports and all other required reports to the Debtor timely upon MI&T's completion of the inspection of the Debtor's units; it is further

**ORDERED** that the stay imposed by Fed. R. Bankr. P. 6004(h) is **WAIVED**. The Court

finds the waiver of the stay is necessary to prevent immediate and irreparable harm to the

Debtor; it is further

**ORDERED** that the United States Bankruptcy Court for the District of Columbia will

retain jurisdiction to resolve all issues arising from the terms of this Order.

**END OF ORDER**

**WE ASK FOR THIS:**

*/s/ Bradley D. Jones*
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Tracey M. Ohm, No. 982727
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
marc.albert@stinson.com
brad.jones@stinson.com
tracey.ohm@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for*
*MP PPH LLC,*
*Debtor and Debtor-In-Possession*

**SEEN:**

*/s/ Kristen S. Eustis*
Kristen S. Eustis
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Tel: (703) 557-7227
Email: Kristen.S.Eustis@usdoj.gov

Copies to: All parties receiving notice via CM/ ECF

And

U.S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314

Mold Inspection &Testing
2100 W. Corporate
Drive
Suite D
Addison, IL 60101