The order below is hereby signed.

Signed: November 7 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In Re:** ) ) ) ) | **Case No. 23-00246** |
| ) | |
| **MP PPH, LLC,** ) | **(Chapter 11)** |
| ) ) ) | |
| **Debtor.** ) ) | |

**CONSENT ORDER RESOLVING AUTOMATIC STAY MOTION**

UPON CONSIDERATION OF THE Motion to Verify Superior Court Litigation Regarding Debtor Is Excepted from the Automatic Stay Pursuant 11 U.S.C. § 362(b)(4) Or, In the Alternative, Motion for Relief from the Automatic Stay Regarding Continuation of Prosecution of Non-Bankruptcy Litigation In Superior Court, and in light of the good cause shown in the Motion and the agreement reached by the parties and recited in open Court at the

1

hearing on October 26, 2023, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

**ORDERED** that Debtor MP PPH, LLC will consent to the District of Columbia's pending motion in the Superior Court of the District of Columbia that a Receiver, pursuant to the Tenant Receivership Act, D.C. Code § 42-3651.01, *et seq.*, shall be appointed to the extent provided by this Order; and it is

**FURTHER ORDERED** that Debtor MP PPH, LLC and the District of Columbia will request that the Receiver be appointed for the limited purpose of addressing health, safety and welfare issues and violations of the District of Columbia housing laws subject to the direction of the Receiver; and it is

**FURTHER ORDERED** that Debtor MP PPH, LLC, will inject requested funds into the account of the Receiver twice a month to abate the conditions at the Marbury Plaza[1] (the "Property"); and it is

**FURTHER ORDERED** that the amount deposited will be discussed and agreed to by the Receiver, the Debtor MP PPH LLC's designee ("Michael Abreu"), and Noble Realty Advisors, LLC (Debtor MP PPH LLC's designee and Noble Realty Advisors, LLC are collectively defined as "Management"); and it is

**FURTHER ORDERED** that should issues arise regarding the amount of funds to be injected into the Receiver's account, the District of Columbia and Debtor MP PPH, LLC will come before the United States Bankruptcy Court for the District of Columbia to resolve the issues; and it is

---

[1] The property located at 2300-2330 Good Hope Road SE, Washington, DC 20020.

**FURTHER ORDERED** that the Receiver and Management will develop a plan to address emergencies involving health, safety, and welfare issues; and it is

**FURTHER ORDERED** that as part of the Superior Court's order to appoint a receiver, Debtor MP PPH, LLC and the District of Columbia will request that the prospective rent credits required by the Contempt Order will expire on December 1, 2023, and that this agreement shall supersede the Contempt Order in that court. To the extent the Superior Court does not grant the District of Columbia's request, all of the Debtor's rights to seek further relief in this Court or Superior Court are reserved; and it is

**FURTHER ORDERED** that, notwithstanding the foregoing, rent credits that are on the tenants' ledgers as of December 1, 2023, will remain fully available for tenants' use; and it is

**FURTHER ORDERED** that following the Receiver's appointment in Superior Court, the Debtor shall make an initial deposit into an escrow account under the control of the Receiver in an amount and at a time agreed to by the Receiver and Management (the "Initial Deposit"). To the extent Management and the Receiver are unable to come to an agreement regarding the amount and timing of the Initial Deposit, the District of Columbia and the Debtor MP PPH, LLC will come before the United States Bankruptcy Court for the District of Columbia to resolve the issue. The escrow will be used to begin assessing and abating conditions at the Property; and it is

**FURTHER ORDERED** that the Receiver will not (i) engage in marketing or selling the Property; (ii) filing a plan of reorganization; or (iii) handling creditor claims; and it is

**FURTHER ORDERED** that monetary issues arising under the District of Columbia's Consumer Protection Procedures Act, D.C. Code § 28-3901.01, *et seq.*, will be resolved in Superior Court, but the District of Columbia reserves its right to file a claim in the Bankruptcy Court for any judgments entered against the Debtor by the Superior Court; and it is

**FURTHER ORDERED** that the Receiver is required to file monthly reports with this Court and the Superior Court regarding the current conditions at the Property and the status of the Receiver's efforts to abate those conditions; and it is

**FURTHER ORDERED** that except for gross negligence or intentional wrongdoing in carrying out the receivership, the Receiver shall not be liable for any loss or damage incurred by the Debtor or its representatives, agents, attorneys, or those persons in active concert or participation with it, by reason of any act performed or omitted to be performed by the Receiver in connection with the discharge of his or her duties and responsibilities under this Order; and it is

**FURTHER ORDERED** that the receivership will terminate upon the closing of the sale of the Property or earlier if Debtor MP PPH, LLC establishes to the satisfaction of the Superior Court that all District of Columbia housing law violations at the property are abated.

**[End of Order]**

**SEEN AND CONSENTED TO:**

MP PPH LLC


By: */s/ Bradley D. Jones*
   Marc E. Albert, No. 345181
   Bradley D. Jones, No. VA 68
   Tracey M. Ohm, No. 982727
   Joshua W. Cox, No. 1033283
   Ruiqiao Wen, No. 1743500
   STINSON LLP
   1775 Pennsylvania Ave., N.W., Suite 800
   Washington, DC 20006
   Tel. (202) 785-9100
   Fax (202) 572-9943
   marc.albert@stinson.com
   brad.jones@stinson.com
   tracey.ohm@stinson.com
   joshua.cox@stinson.com
   ruiqiao.wen@stinson.com
   *Attorneys for*
   *MP PPH LLC,*
   *Debtor and Debtor-In-Possession*


**SEEN AND CONSENTED TO:**

DISTRICT OF COLUMBIA


By: */s/ Nancy L. Alper*
   Nancy L. Alper, No. 411324
   Senior Assistant Attorney General
   OFFICE OF THE ATTORNEY GENERAL FOR THE
   DISTRICT OF COLUMBIA
   400 6th Street, N.W., 9th Floor
   Washington, DC 20001
   Phone: (202) 724-8122
   Email: Nancy.alper@dc.gov
   *Counsel for the District of Columbia*

**SEEN AND CONSENTED TO:**

PP & H REALTY, LLC


By:   */s/ Justin P. Fasano*
      Janet M. Nesse, D.C. Bar No. 358514
      Justin P. Fasano, DC Bar MD21201
      McNamee Hosea, P.A.
      6404 Ivy Lane, Suite 820
      Greenbelt, MD 20770
      Phone:  (301) 441-2420
      Email:   jnesse@mhlawyers.com
      *Counsel for PP & H Realty, LLC*

CORE/3528654.0002/185354163.1