Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for MP PPH LLC,*
*Debtor and Debtor-In-Possession*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | ) |
| | ) |
| MP PPH LLC, | ) Case No. 23-00246-ELG |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

### REPORT OF SALE

MP PPH LLC, the debtor-in-possession in the above-captioned case (the "Debtor"), pursuant to Section V.B of the Fourth Revised Debtor's Plan of Liquidation dated August 13, 2024 (the "Plan") [Dkt. No. 667], which was confirmed by this Court on September 17, 2024 [Dkt. No. 721], sold the above-captioned estate's interest in the real property located at 2300-2330 Marion Barry, Ave., SE, Washington D.C. 20020. The sale process was conducted in accordance with the procedures set forth by the Order of this Court approving the Debtor's proposed bid procedures. [Dkt. No. 573]. The sale closed on December 31, 2024.

The successful purchaser was Clear Investment Group, LLC, which took title to the property through their assignee, Langston Views, LLC (collectively, the "Purchaser"). The

1

purchase price was $58,800,000.00. A copy of the settlement statement prepared in connection with the sale is attached as Exhibit A.

Dated:  January 3, 2025                              Respectfully submitted,

*/s/ Bradley D. Jones*
Marc E. Albert, No. 345181
Bradley D. Jones, No. VA 68
Joshua W. Cox, No. 1033283
Ruiqiao Wen, No. 1743500
STINSON LLP
1775 Pennsylvania Ave., N.W., Suite 800
Washington, DC 20006
Tel. (202) 785-9100
Fax (202) 572-9943
marc.albert@stinson.com
brad.jones@stinson.com
joshua.cox@stinson.com
ruiqiao.wen@stinson.com
*Attorneys for*
*MP PPH LLC,*
*Debtor and Debtor-In-Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2025, I served a copy of the foregoing via CM/ECF upon all parties receiving notice thereby.

*/s/ Bradley D. Jones*
Bradley D. Jones

CORE/3528654.0002/194939613.1